# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## WACO DIVISION

WSOU INVESTMENTS LLC                    §
                                        §
vs.                                     §      NO:  WA:20-CV-01172-ADA
                                        §
SALESFORCE.COM, INC.                    §

## ORDER SETTING MARKMAN HEARING

**IT IS HEREBY ORDERED** that the above entitled and numbered case is set for

MARKMAN HEARING by Zoom on December 15, 2021  at  09:30 AM.


IT IS SO ORDERED this 14th day of December, 2021.


_____

ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE