**UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | |
|---|---|
| **WSOU INVESTMENTS, LLC d/b/a § BRAZOS LICENSING AND DEVELOPMENT,**<br><br>*Plaintiff*,<br>v.<br>**SALESFORCE.COM, INC.,**<br><br>*Defendant.* | § **CIVIL ACTION NO. 6:20-CV-01163-ADA**<br>§ **CIVIL ACTION NO. 6:20-CV-01164-ADA**<br>§ **CIVIL ACTION NO. 6:20-CV-01165-ADA**<br>§ **CIVIL ACTION NO. 6:20-CV-01166-ADA**<br>§ **CIVIL ACTION NO. 6:20-CV-01167-ADA**<br>§ **CIVIL ACTION NO. 6:20-CV-01168-ADA**<br>§ **CIVIL ACTION NO. 6:20-CV-01169-ADA**<br>§ **CIVIL ACTION NO. 6:20-CV-01170-ADA**<br>§ **CIVIL ACTION NO. 6:20-CV-01171-ADA**<br>§ **CIVIL ACTION NO. 6:20-CV-01172-ADA**<br><br>**PATENT CASE** |

**JOINT NOTICE REGARDING AGREEMENT**
**TO EXTEND DEADLINES**

**TO THE HONORABLE COURT:**

Plaintiff WSOU Investments, LLC d/b/a Brazos Licensing and Development ("Brazos") and Defendant Salesforce.com, Inc. ("Salesforce") (collectively, "Parties"), pursuant to the Court's Amended Standing Order Regarding Joint or Unopposed Request to Change Deadlines, submit this Joint Notice to memorialize their agreement to extend case deadlines.

The Parties have agreed to adjust the close of fact discovery deadline as follows:

| Item | Current Deadline | Amended Deadline |
|---|---|---|
| Close of Fact Discovery | June 29, 2022 | September 14, 2022 |

The parties note that, while the above extension itself does not change the date of any hearing, trial, or other Court date, or extend any deadline of a final submission that affects the Court's ability to hold a scheduled hearing, trial, or Court event, the parties are also currently negotiating extensions to the remaining case schedule taking into account this proposed extension to the fact discovery deadline, and anticipate filing a subsequent joint motion to that effect shortly.

2

JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

Dated:  June 29, 2022                      RESPECTFULLY SUBMITTED,

By:  /s/ Jonathan K. Waldrop
     Jonathan K. Waldrop (CA Bar No. 297903)
     (Admitted in this District)
     jwaldrop@kasowitz.com
     Darcy L. Jones (CA Bar No. 309474)
     (Admitted in this District)
     djones@kasowitz.com
     Marcus A. Barber (CA Bar No. 307361)
     (Admitted in this District)
     mbarber@kasowitz.com
     John W. Downing (CA Bar No. 252850)
     (Admitted in this District)
     jdowning@kasowitz.com
     Heather S. Kim (CA Bar No. 277686)
     (Admitted in this District)
     hkim@kasowitz.com
     ThucMinh Nguyen (CA Bar No. 304382)
     (Admitted in this District)
     tnguyen@kasowitz.com
     Chen Jia (CA Bar No. 281470)
     (Admitted in this District)
     cjia@kasowitz.com
     **KASOWITZ BENSON TORRES LLP**
     333 Twin Dolphin Drive, Suite 200
     Redwood Shores, California 94065
     Telephone: (650) 453-5170
     Facsimile: (650) 453-5171

     Paul G. Williams (GA Bar No. 764925)
     (Admitted in this District)
     pwilliams@kasowitz.com
     **KASOWITZ BENSON TORRES LLP**
     1230 Peachtree Street N.E., Suite 2445
     Atlanta, Georgia 30309
     Telephone: (404) 260-6080
     Facsimile: (404) 260-6081

     Hershy Stern (NY Bar No. 4631024)
     (Admitted *pro hac vice*)
     hstern@kasowitz.com
     Howard L. Bressler (NY Bar No. 2487379)

3

JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

(Admitted *pro hac vice*)
hbressler@kasowitz.com
Joshua A. Whitehill (NY Bar No. 4766473)
(Admitted *pro hac vice*)
jwhitehill@kasowitz.com
Julianne Laporte (NY Bar No. 5547906)
(Admitted *pro hac vice*)
jlaporte@kasowitz.com
Noah P. Dorman (DC Bar No. 1779821)
(Admitted *pro hac vice*)
ndorman@kasowitz.com
Shelley Ivan (NY Bar No. 4338067)
(Admitted *pro hac vice*)
sivan@kasowitz.com
Jessica C. Sutliff (NY Bar No. 2772150)
(Admitted *pro hac vice*)
jsutliff@kasowitz.com
Ryan Madden (NY Bar No. 5706080)
(Admitted *pro hac vice*)
rmadden@kasowitz.com
**KASOWITZ BENSON TORRES LLP**
1633 Broadway
New York, NY 10019
Telephone: (212) 506-1700
Facsimile: (212) 506-1800

Mark D. Siegmund (TX Bar No. 24117055)
mark@swclaw.com
Craig D. Cherry (TX Bar No. 24012419)
craig@swclaw.com
Justin W. Allen (TX Bar No. 24081977)
justin@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**
8416 Old McGregor Road
Waco, TX 76712
Telephone: (254) 651-3690
Facsimile: (254) 651-3689

Gregory Phillip Love (TX Bar No. 24013060)
greg@swclaw.com
**STECKLER WAYNE CHERRY & LOVE PLLC**

4

JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

107 East Main Street
Henderson, TX 75652
Telephone: (903) 212-4444
Facsimile: (903) 392-2267

**Attorneys for Plaintiff**
**WSOU INVESTMENTS, LLC d/b/a**
**BRAZOS LICENSING AND DEVELOPMENT**


/s/ Scott L. Cole
Scott L. Cole
scottcole@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
201 West 5th Street
11th Floor
Austin, TX 78701
Telephone: (737) 667-6104

Kevin P.B. Johnson
kevinjohnson@quinnemanuel.com
Todd Briggs
toddbriggs@quinnemanuel.com
Ray R. Zado
rayzado@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
555 Twin Dolphin Drive, 5th Floor
Redwood Shores, CA 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

Sam Stake
samstake@quinnemanuel.com
QUINN EMANUEL URQUHART &
SULLIVAN, LLP
50 California Street, Floor 22,
San Francisco CA 94111
Telephone: (415) 875-6600
Facsimile: (415) 875-6700

JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

*Attorneys for salesforce.com, inc.*

6

JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES

## **CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing instrument was served or delivered electronically via email to all counsel of record on June 29, 2022.

/s/ Jonathan K. Waldrop
Jonathan K. Waldrop

7

JOINT NOTICE REGARDING AGREEMENT TO EXTEND DEADLINES